UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Wendy S. Akers,

        Plaintiff,

-vs-                                        Case No.  5:05-cv-154-Oc-10GRJ

Commissioner of Social Security,

        Defendant.
_____/

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 5) recommending that the Plaintiff's Complaint (Doc. 1), filed against the Commissioner of Social Security on March 28, 2005 be dismissed without prejudice due to Plaintiff's failure to prosecute this action.  Plaintiff, who is represented by counsel, has not served the Complaint upon the Defendant, and has not filed a response to the Court's September 7, 2005 Show Cause Order (Doc. 4).  Plaintiff also has not filed any objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed and made a part hereof, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of December, 2005.

                                                UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
                Counsel of Record
                Maurya A. McSheehy